IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>KEVIN R. BARRET,<br><br>　　　　　　　Defendant. | 8:23CB10<br><br>ORDER |

　　　This matter is before the court on Government's Motion to Dismiss (Filing No. 3). Government's Motion to Dismiss (Filing No. 3) is granted. This case which involves, Violation Notices E1877051-NE14 and E1877052-NE14, is dismissed. The Initial Appearance set for 10/31/2023 at 9:00 AM in Courtroom 7, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE before Magistrate Judge Susan M. Bazis is canceled.

　　　Dated this 24th day of October, 2023.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　s/ Susan M. Bazis
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge